IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RASHAD ABDUSSAMAD, | ) | |
|     Petitioner, | ) | Civil Action No. 7:18-cv-00452 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| JOHN WALRATH, | ) | United States District Judge |
|     Respondent. | ) | |

**MEMORANDUM OPINION**

Petitioner Rashad Abdussamad, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court conditionally filed the petition and directed Abdussamad to provide the court with certain financial documentation. On November 20, 2018, the order was returned to the court as undeliverable and with no forwarding address. Abdussamad has not provided the court with an updated address; therefore, the court has no means of contacting him. Accordingly, the court will dismiss Abdussamad's petition without prejudice. Abdussamad is advised that he may refile his claims in a separate action.

An appropriate order will be entered.

Entered: December 3, 2018.

                                                   */s/ Elizabeth K. Dillon*
                                                   Elizabeth K. Dillon
                                                   United States District Judge